## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America v. Walker (Diaz)    Docket No.: 25-1618

Lead Counsel of Record (name/firm) or Pro se Party (name): Rajit S. Dosanjh, Assistant U.S. Attorney

Appearance for (party/designation): Appellant, United States of America

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect. Please change the following parties' designations:
    Party      Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: Rajit S. Dosanjh, Assistant U.S. Attorney
Firm: U.S. Attorney's Office, NDNY
Address: PO Box 7198, 100 South Clinton Street, Syracuse, NY 13261-7198
Telephone: 315-448-0672    Fax: 315-448-0689
Email: Rajit.S.Dosanjh@usdoj.gov

### RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously. The short title, docket number, and citation are:
USA v. Walker, Docket Nos. 96-1544 (L), 96-1545 (con), 96-1546 (con)
(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: USA v. Walker (USA), Docket No. 24-2778

### CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on March 14, 2023    OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/
Type or Print Name: Rajit S. Dosanjh, Assistant U.S. Attorney
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.