# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of July, two thousand twenty-five.

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellant, | Docket Nos. 24-2778, 25-1618 |
| v. | |
| Walter Diaz, AKA Eric Rogers, | |
|     Defendant – Appellee. | |

     By order dated April 15, 2025, the Court remanded this matter to the district court for resolution of Defendant-Appellee's motion for clarification. The April 25, 2025 order provided that jurisdiction over this appeal will be automatically restored to this Court upon notification to the Clerk of Court within 30 days of the district court's decision.

     By letter dated July 1, 2025, the Government informs the Court that the district court granted the motion for clarification on June 10, 2025, and entered a third amended judgment on June 11, 2025. The Government filed a notice of appeal from the order and third amended judgment, which has been assigned Docket No. 25-1618.

     IT IS HEREBY ORDERED that the mandate in 24-2778 is recalled, and the appeal is reinstated. The Government's new appeal, 25-1618, is consolidated with 24-2778. The pending motion to stay the briefing schedule (docket entry 14) is DENIED as moot. The Government's opening brief must be filed on or before August 11, 2025.

     For the Court:
     Catherine O'Hagan Wolfe,
     Clerk of Court

